## EISINGER v. GILL.

## EISINGER v. GILL.

---

These appeals are governed by the decision of the Court in *Eisinger* v. *Gill, ante,* 312.

Nos. 3056 and 3057. Submitted December 11, 1917. Decided February 4, 1918.

HEARING on an appeal from a judgment of the Supreme Court of the District of Columbia, under the 73d rule for want of a sufficient affidavit of defense, in an action on a promissory note.                    *Affirmed.*

The facts are stated in the opinion.

*Mr. Hayden Johnson* and *Mr. Thos. H. Patterson* for the appellant.

*Mr. P. H. Marshall* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

By stipulation of counsel, these cases were to abide by the decision in No. 3055, ante, 312. It follows, therefore, that the judgments in these cases will be affirmed, with costs.

*Affirmed.*

Mr. Justice SIDDONS, of the Supreme Court of the District of Columbia, sat with the Court in the hearing and determination of this appeal, in the place of Mr. Justice VAN ORSDEL.